958 A.2d 1043

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Deborah A. McKINLEY, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 16, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2008, the Petition for Allowance of Appeal is hereby **DENIED.** Counsel's motion to withdraw is **GRANTED.**